**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Keith E. Young                                         CHAPTER 13

                Debtor(s)                                         BKY. NO. 20-10594 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M & T Bank and index same on the master mailing list.

                                       Respectfully submitted,
                                       **/s/ Rebecca A. Solarz Esquire**
                                       Rebecca A Solarz, Esquire
                                       Kevin G. McDonald, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322