```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                              Case No. 20-10594-elf
Keith E Young                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith              Page 1 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: 309I            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +Keith E Young,    536 Third Avenue,    Bethlehem, PA 18018-5504
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14459944       +Caine & Weiner,    Attn: Bankruptcy,    5805 Sepulveda Blvd,    Sherman Oaks, CA 91411-2546
14459949       +KML Law Group. P.C.,    Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jsolt.soltlaw@rcn.com Feb 14 2020 03:42:51      JOHN R.K. SOLT,
                 John R. K. Solt, P.C.,    Gateway Professional Center,    2045 Westgate Drive, Suite 404B,
                 Bethlehem, PA  18017
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:08       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 14 2020 03:43:58       United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14459945       +EDI: CAPITALONE.COM Feb 14 2020 08:33:00      Capital One,    Attn: Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
14465480       +EDI: AIS.COM Feb 14 2020 08:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14459946       +EDI: BLUESTEM Feb 14 2020 08:33:00      Fingerhut,    Attn: Bankruptcy,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14459947       +EDI: IIC9.COM Feb 14 2020 08:33:00      I.C. System, Inc,    Attn: Bankruptcy,    P.O. Box 64378,
                 St. Paul, MN 55164-0378
14459948        EDI: IRS.COM Feb 14 2020 08:33:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14459950       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 03:49:22
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    P.O. Box 10497,
                 Greenville, SC 29603-0497
14459951        E-mail/Text: camanagement@mtb.com Feb 14 2020 03:43:31      M&T Bank,    P.O. Box 62182,
                 Baltimore, MD 21264-2182
14459952        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:46       PA Department of Revenue,
                 Bureau of Compliance,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14464662        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14459953       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 14 2020 03:49:20       Regional Acceptance Corporation,
                 Attn: Bankruptcy,    1424 East Fire Tower Road,    Greenville, NC 27858-4105
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4              User: Keith                Page 2 of 2                  Date Rcvd: Feb 13, 2020
                                  Form ID: 309I              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
    JOHN R.K. SOLT    on behalf of Debtor Keith E Young jsolt.soltlaw@rcn.com,
     rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                              TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Keith E Young** | Social Security number or ITIN | **xxx–xx–2228** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | **1/30/20** |
| Case number: | **20–10594–elf** | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Keith E Young | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 536 Third Avenue<br>Bethlehem, PA 18018 | |
| 4. | **Debtor's attorney**<br>Name and address | JOHN R.K. SOLT<br>John R. K. Solt, P.C.<br>Gateway Professional Center<br>2045 Westgate Drive, Suite 404B<br>Bethlehem, PA 18017 | Contact phone (610) 865–2465<br>Email:  jsolt.soltlaw@rcn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br>Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 2/13/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 10, 2020 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/9/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/9/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/28/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $737.79 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/16/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |