| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group USHI<br>Pay Begin Date: 10/19/2019<br>Pay End Date: 11/01/2019 | | Check #<br>Check Date: 11/08/2019 | |
|---|---|---|---|---|
| | | | TAX DATA: | Federal | State |
| keith young<br>536 third avenue<br>bethlehem, PA 18018 | Employee ID: 003021279<br>Location: 2763-Whitehall, PA<br>Job Title: Sales Specialist Appliances<br>Pay Rate: $17.58 Hourly | | Tax Status: Single<br>Allowances: 0<br>Addl Amount: 0 | 0 |

### HOURS AND EARNINGS

| | Pay Period | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Overtime | 10/19/2019 | 11/01/2019 | 26.37 | 1.03 | 27.18 | 2.15 | 56.73 | OASDI | 88.88 | 711.56 |
| Regular | 10/19/2019 | 11/01/2019 | 17.58 | 80 | 1,406.40 | 630.67 | 11,087.24 | Medicare | 20.78 | 166.41 |
| Contest | | | 0 | | | 0 | 185.00 | Federal Withholding | 147.03 | 1,171.63 |
| NewHirePW | | | 0 | | | 1 | 16.00 | State Tax - PA | 44.01 | 352.34 |
| Winning Together | | | 0 | | | 0 | 131.87 | SUI-Employee Paid - PA | 0.86 | 6.89 |
| | | | | | | | | City- - WHTHL | 14.34 | 114.78 |
| | | | | | | | | LST- - WHTHL | 2.00 | 18.00 |
| TOTAL: | | | | | 1,433.58 | | 11,476.84 | TOTAL: | 317.90 | 2,541.61 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,433.58 | 1,433.58 | 317.90 | 0.00 | 1,115.68 |
| YTD | 11,476.84 | 11,476.84 | 2,541.61 | 0.00 | 8,935.23 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | *****6239 | 1115.68 |
| TOTAL: | | | 1115.68 |

MESSAGE:  #1 *Taxable Employer Paid Benefit
          #2
          #3

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: USHI<br>Pay Begin Date: 11/02/2019<br>Pay End Date: 11/15/2019 | | Check #:<br>Check Date: 11/22/2019 | | |
|---|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **State** |
| keith young<br>536 third avenue<br>bethlehem, PA 18018 | Employee ID: 003021279<br>Location: 2763-Whitehall, PA<br>Job Title: Sales Specialist Appliances<br>Pay Rate: $17.58 Hourly | | Tax Status: Single<br>Allowances: 0<br>Addl. Amount: 0 | | 0 |

### HOURS AND EARNINGS / TAXES

| | Pay Period | | Current | | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 11/02/2019 | 11/15/2019 | 17.58 | 75.38 | 1,325.19 | 706.05 | 12,412.43 | OASDI | 82.17 | 793.73 |
| Contest | | | 0 | | | 0 | 185.00 | Medicare | 19.22 | 185.63 |
| NewHirePW | | | 0 | | | 1 | 16.00 | Federal Withholding | 134.02 | 1,305.65 |
| Overtime | | | 26.37 | | | 2.15 | 56.73 | State Tax - PA | 40.68 | 393.02 |
| Winning Together | | | 0 | | | 0 | 131.87 | SUI-Employee Paid - PA | 0.79 | 7.68 |
| | | | | | | | | City - WHTHL | 13.25 | 128.03 |
| | | | | | | | | LST - WHTHL | 2.00 | 20.00 |
| **TOTAL:** | | | | | 1,325.19 | | 12,802.03 | **TOTAL:** | 292.13 | 2,833.74 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,325.19 | 1,325.19 | 292.13 | 0.00 | 1,033.06 |
| YTD | 12,802.03 | 12,802.03 | 2,633.74 | 0.00 | 9,968.29 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| | Direct Deposit | ******6239 | 1033.06 |
| **TOTAL:** | | | 1033.06 |

MESSAGE: #1 *Taxable Employer Paid Benefit
#2
#3

Payslip - Workday 1 of 3

  Search     

# Payslip

keith young ( ): 11/29/2019 (Regular) - Complete

 Actions

Previous Payslip     Next Payslip     Return to My Payslips

Print Multiple Payslips

 Payslip-12_06_2019.pdf

### Company Information  1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>United States of America | +1 844-475-6937 |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| keith young | | 11/16/2019 | 11/29/2019 | 12/06/2019 | |

### Current and YTD Totals  2 items

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,981.71 | 0.00 | 498.25 | 0.00 | 1,483.46 |
| YTD | 14,783.74 | 0.00 | 3,331.99 | 0.00 | 11,451.75 |

https://wd5.myworkday.com/lowes/d/inst/1320$4045259/rel-task/2998$3249.htmld       1/17/2020

| Earnings 14 items | |
|---|---|
| Description | Dates |
| Contest | |
| HOL Fixed | 11/23/2019 - 11/2 |
| NewHirePW | |
| Overtime | 08/03/2019 - 08/0 |
| Overtime | 08/03/2019 - 08/0 |
| Overtime | 09/28/2019 - 10/0 |
| Overtime | 09/28/2019 - 10/0 |
| Overtime | 10/19/2019 - 10/2 |
| Overtime | 10/19/2019 - 10/2 |
| Overtime | 10/26/2019 - 11/0 |
| Overtime | 10/26/2019 - 11/0 |
| Overtime | 11/23/2019 - 11/2 |
| Regular | 11/16/2019 - 11/2 |
| Winning Together | 08/03/2019 - 11/0 |

| Employee Taxes 7 items | |
|---|---|
| Description | Am |
| OASDI | 12 |
| Medicare | 2 |
| Federal Withholding | 26 |
| State Tax - PA | 6 |
| SUI-Employee Paid - PA | |
| City- - WHTHL | 1 |
| LST- - WHTHL | |
| Total: | 49 |

| Withholding 3 items | | |
|---|---|---|
| Description | Federal | Work State |
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information 1 item | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
| M&T Bank | M&T Bank ******6239 | ******6239 | 1,483.46 | USD |
| | | Total: | 1,483.46 | |

             

# Payslip

keith young ('      ): 12/13/2019 (Regular) - Complete

Actions

Previous Payslip          Next Payslip          Return to My Payslips

Print Multiple Payslips

 Payslip-12_20_2019.pdf

### Company Information  1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>United States of America | +1 844-475-6937 |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| keith young | | 11/30/2019 | 12/13/2019 | 12/20/2019 | |

### Current and YTD Totals  2 items

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,766.33 | 0.00 | 407.23 | 0.00 | 1,359.10 |
| YTD | 16,550.07 | 0.00 | 3,739.22 | 0.00 | 12,810.85 |

Payslip - Workday                                                                                                               Page 2 of 2







     

# Payslip

keith young  ): 12/27/2019 (Regular) - Complete

Actions

Previous Payslip    Next Payslip    Return to My Payslips

Print Multiple Payslips

 Payslip-01_03_2020.pdf

### Company Information  1 item

| Name | Address | Phone |
|---|---|---|
| Lowe's Home Centers, LLC | 1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>United States of America | +1 844-475-6937 |

### Payslip Information  1 item

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| keith young | | 12/14/2019 | 12/27/2019 | 01/03/2020 | |

### Current and YTD Totals  2 items

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,178.75 | 0.00 | 257.18 | 0.00 | 921.57 |
| YTD | 1,178.75 | 0.00 | 257.18 | 0.00 | 921.57 |

https://wd5.myworkday.com/lowes/d/inst/1320$4664993/rel-task/2998$3249.htmld    1/17/2020

### Earnings 4 items

| Description | Dates |
|---|---|
| HOL Fixed | 12/21/2019 - 12/27/2019 |
| Holiday | 12/14/2019 - 12/20/2019 |
| Regular | 12/14/2019 - 12/27/2019 |
| Sick Pay | 12/14/2019 - 12/20/2019 |

### Employee Taxes 7 items

| Description | Amount |
|---|---|
| OASDI | 7 |
| Medicare | 1 |
| Federal Withholding | 11 |
| State Tax - PA | 3 |
| SUI-Employee Paid - PA | |
| City- - WHTHL | 1 |
| LST- - WHTHL | |
| Total: | 25 |

### Employer Paid Benefits 1 item

| Description | Amount | YTD |
|---|---|---|
| Basic Life ER | 0.59 | 0.59 |
| Total: | 0.59 | 0.59 |

### Withholding 3 items

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information 1 item

| Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|
| M&T Bank | M&T Bank ******6239 | ******6239 | 921.57 | USD |
| | | Total: | 921.57 | |