Certificate Number: 05781-PAE-DE-034511680

Bankruptcy Case Number: 20-10594



05781-PAE-DE-034511680

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 1, 2020, at 4:39 o'clock AM PDT, Keith Young completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 1, 2020            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President