# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith E. Young<br>        Debtor<br><br>M&T BANK<br>        Movant<br>    vs.<br><br>Keith E. Young<br>        Debtor<br><br>Scott F. Waterman, Esquire<br>        Trustee | CHAPTER 13<br><br><br><br>NO. 20-10594 PMM<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief of M&T BANK, which was filed with the Court on or about May 6, 2020 (Document No. 14).

                                          Respectfully submitted,

                                          **/s/ Rebecca A. Solarz, Esquire**
                                          Rebecca A. Solarz, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

June 25, 2020