Office Mailing Address:                                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                      Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                                        P.O. Box 680
Reading, PA  19606                                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 20-10594-PMM**

Keith E Young                                                    Petition Filed Date: 01/30/2020
536 Third Avenue                                                 341 Hearing Date: 03/10/2020
Bethlehem  PA    18018                                              Confirmation Date:

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 03/09/2020 | $737.79 | | 04/07/2020 | $738.00 | | 05/06/2020 | $738.00 | |
| 06/11/2020 | $738.00 | | 07/13/2020 | $1,052.00 | | 08/10/2020 | $1,052.00 | |

**Total Receipts for the Period: $5,055.79  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,055.79**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Keith E Young | Debtor Refunds | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,055.79 | Current Monthly Payment: | $1,053.00 |
| Paid to Claims: | $0.00 | Arrearages: | $2.00 |
| Paid to Trustee: | $495.99 | Total Plan Base: | $61,919.79 |
| Funds on Hand: | $4,559.80 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
  **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.