**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Keith E. Young, ) | |
|                   **Debtor**    ) | **CHAPTER 13** |
| ) | |
| ) | **CASE NO: 20-10594** |
| ) | |

**CERTIFICATION OF NO RESPONSE**

     I, John R. K. Solt, Esquire, Attorney for the above Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Application for Allowance of Compensation and Notice of Filing said Application, which was served as set forth in the Certificate of Service filed in this matter on October 12, 2020, and I further certify that the motion is uncontested.

Date:   10/27/2020

                                                                                                              /s/John R. K. Solt
                                                                                                              John R. K. Solt, Esq.
                                                                                                              2465 Westgate Dr., Suite 404B
                                                                                                              Bethlehem, PA 18017
                                                                                                              Phone 610-865-2465
                                                                                                              Fax: 610-691-2018
                                                                                                              Attorney for Debtor