## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Keith E. Young, | ) | |
| Debtor | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO: 20-10594 |

### ORDER

AND NOW, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses ("the Application") filed by John R. K. Solt, Esquire, counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2, less $1,190.50 which was paid by the Debtor prepetition, to the extent such distribution in authorized under the terms of the confirmed chapter 13 plan.

Dated: 10/28/20

_____
Patricia M. Mayer, Judge
United States Bankruptcy Court