# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Keith E. Young, | : | Chapter 13 |
| | : | |
| | : | Case No.  20-10594 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #45, "the Motion"), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **May 6, 2021**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*

**Date: 4/6/21**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**