Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10594-PMM**

Keith E Young  
536 Third Avenue  
Bethlehem  PA   18018

Petition Filed Date: 01/30/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $737.79 | | 04/07/2020 | $738.00 | | 05/06/2020 | $738.00 | |
| 06/11/2020 | $738.00 | | 07/13/2020 | $1,052.00 | | 08/10/2020 | $1,052.00 | |
| 09/08/2020 | $1,052.00 | | 10/19/2020 | $1,052.00 | | 11/17/2020 | $1,052.00 | |
| 12/14/2020 | $1,052.00 | | 01/11/2021 | $1,052.00 | | 02/05/2021 | $1,055.00 | |
| 03/22/2021 | $1,055.00 | | 04/20/2021 | $1,052.00 | | 06/01/2021 | $1,052.00 | |

**Total Receipts for the Period: $14,529.79   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,529.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $3,309.50 | $3,309.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $4,286.73 | $932.82 | $3,353.91 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $446.43 | $0.00 | $446.43 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $3,675.24 | $799.76 | $2,875.48 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Unsecured Creditors | $7,999.42 | $0.00 | $7,999.42 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $235.72 | $0.00 | $235.72 |
| 6 | PINNACLE CREDIT SERVICES LLC<br>»» 006 | Unsecured Creditors | $976.83 | $0.00 | $976.83 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $33,632.32 | $7,318.62 | $26,313.70 |

**Chapter 13 Case No. 20-10594-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,529.79 | Current Monthly Payment: | $1,049.00 |
| Paid to Claims: | $12,360.70 | Arrearages: | ($33.00) |
| Paid to Trustee: | $1,222.29 | Total Plan Base: | $60,652.79 |
| Funds on Hand: | $946.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.