| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-10594-PMM

Keith E Young  
536 Third Avenue  
Bethlehem  PA    18018

Petition Filed Date: 01/30/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,052.00 | | 06/01/2021 | $1,052.00 | | 06/11/2021 | $1,052.00 | |
| 07/13/2021 | $1,055.00 | | 08/10/2021 | $1,055.00 | | 09/07/2021 | $1,055.00 | |
| 10/25/2021 | $1,055.00 | | 11/16/2021 | $1,055.00 | | 12/13/2021 | $1,055.00 | |
| 02/04/2022 | $1,555.00 | | 03/22/2022 | $1,055.00 | | 04/20/2022 | $1,055.00 | |
| 05/19/2022 | $1,055.00 | | 07/01/2022 | $1,055.00 | | 07/26/2022 | $1,055.00 | |

**Total Receipts for the Period:  $16,316.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,741.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $3,309.50 | $3,309.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $4,286.73 | $2,269.21 | $2,017.52 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $446.43 | $0.00 | $446.43 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $3,675.24 | $1,945.51 | $1,729.73 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Unsecured Creditors | $7,999.42 | $0.00 | $7,999.42 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $235.72 | $0.00 | $235.72 |
| 6 | PINNACLE CREDIT SERVICES LLC<br>»» 006 | Unsecured Creditors | $976.83 | $0.00 | $976.83 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $33,632.32 | $17,803.43 | $15,828.89 |

Chapter 13 Case No. 20-10594-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,741.79 | Current Monthly Payment: | $1,049.00 |
| Paid to Claims: | $25,327.65 | Arrearages: | $441.00 |
| Paid to Trustee: | $2,443.54 | Total Plan Base: | $60,652.79 |
| Funds on Hand: | $970.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.