| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-10594-PMM**

Keith E Young
536 Third Avenue
Bethlehem  PA   18018

Petition Filed Date: 01/30/2020
341 Hearing Date: 03/10/2020
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/07/2022 | $1,055.00 | | 10/04/2022 | $1,055.00 | | 11/04/2022 | $1,055.00 | |
| 01/09/2023 | $1,055.00 | | 02/21/2023 | $1,055.00 | | 03/21/2023 | $2,110.00 | |
| 04/28/2023 | $1,055.00 | | 05/30/2023 | $1,055.00 | | 07/13/2023 | $1,055.00 | |

**Total Receipts for the Period: $10,550.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $39,291.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $3,309.50 | $3,309.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $4,286.73 | $3,366.27 | $920.46 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $446.43 | $0.00 | $446.43 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $3,675.24 | $2,886.08 | $789.16 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Unsecured Creditors | $7,999.42 | $0.00 | $7,999.42 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $235.72 | $0.00 | $235.72 |
| 6 | PINNACLE CREDIT SERVICES LLC<br>»» 006 | Unsecured Creditors | $976.83 | $0.00 | $976.83 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $33,632.32 | $26,410.75 | $7,221.57 |

**Chapter 13 Case No. 20-10594-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,291.79 | Current Monthly Payment: | $1,049.00 |
| Paid to Claims: | $35,972.60 | Arrearages: | $2,479.00 |
| Paid to Trustee: | $3,319.19 | Total Plan Base: | $60,652.79 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.