Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-10594-PMM**

Keith E Young  
536 Third Avenue  
Bethlehem  PA    18018

Petition Filed Date: 01/30/2020  
341 Hearing Date: 03/10/2020  
Confirmation Date: 09/24/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/05/2023 | $2,110.00 | | 09/29/2023 | $1,055.00 | | 10/30/2023 | $1,055.00 | |
| 01/09/2024 | $1,055.00 | | 01/31/2024 | $2,500.00 | | 03/13/2024 | $2,110.00 | |
| 04/09/2024 | $1,055.00 | | 05/03/2024 | $1,055.00 | | 06/04/2024 | $1,055.00 | |
| 07/09/2024 | $1,055.00 | | | | | | | |

**Total Receipts for the Period: $14,105.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $54,451.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $3,309.50 | $3,309.50 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $4,286.73 | $4,286.73 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $446.43 | $219.31 | $227.12 |
| 3 | REGIONAL ACCEPTANCE CORP<br>»» 003 | Secured Creditors | $3,675.24 | $3,675.24 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 004 | Unsecured Creditors | $7,999.42 | $3,929.55 | $4,069.87 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $235.72 | $115.78 | $119.94 |
| 6 | PINNACLE CREDIT SERVICES LLC<br>»» 006 | Unsecured Creditors | $976.83 | $479.84 | $496.99 |
| 7 | M&T BANK<br>»» 007 | Mortgage Arrears | $33,632.32 | $33,632.32 | $0.00 |

**Chapter 13 Case No. 20-10594-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,451.79 | Current Monthly Payment: | $1,049.00 |
| Paid to Claims: | $49,648.27 | Arrearages: | ($93.00) |
| Paid to Trustee: | $4,803.52 | Total Plan Base: | $60,652.79 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.