United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keith E Young  
    Debtor

Case No. 20-10594-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 25, 2025      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith E Young, 536 Third Avenue, Bethlehem, PA 18018-5504 |
| 14467652 | + | M&T Bank, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2025 03:36:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2025 03:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14459944 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 26 2025 03:41:18 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14459945 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2025 01:50:43 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14465480 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 01:52:43 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14459946 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 26 2025 03:41:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14459947 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 26 2025 03:41:00 | I.C. System, Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14521847 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2025 03:41:00 | Internal Revenue Service, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14459949 | ^ | MEBN | Feb 26 2025 00:31:48 | KML Law Group. P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14473285 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:50:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14459950 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:52:11 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14459951 | | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 14492475 | | Email/Text: camanagement@mtb.com | Feb 26 2025 03:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14467219 | ^ | MEBN | Feb 26 2025 00:31:47 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14459952 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

|  |  | Feb 26 2025 03:41:00 | PA Department of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| --- | --- | --- | --- |
| 14464662 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2025 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 14473618 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2025 01:50:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14472092 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 26 2025 02:03:28 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14459953 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 26 2025 02:03:28 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14459948 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14496693 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 840, Buffalo, NY 14240 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JOHN R.K. SOLT | on behalf of Debtor Keith E Young jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)−doc 67 − 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Keith E Young ) Case No. 20−10594−pmm
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 25, 2025

For The Court

Timothy B. McGrath
Clerk of Court